IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
ex rel. JOSEPH M. HEDLEY and
FRED A. RAUSCH,

Plaintiffs,

v.                                                    No. 11-cv-00348-DRH-DGW

ABHE & SVOBODA, INC.,

Defendant.

## ORDER

**HERNDON, Chief Judge:**

This matter coming to be heard on the United States' motion to unseal (Doc. 23) and the Court being advised in the premises, the Court **GRANTS** the motion.

**IT IS HEREBY ORDERED** that the United States' First Amended Complaint (Doc. 19) be unsealed, nunc pro tunc May 28, 2013.

IT IS SO ORDERED.

Signed this 30th day of May, 2013.

David R. Herndon
2013.05.30
14:20:00 -05'00'

Chief Judge
United States District Court